AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alonso Trevino-Ovalle

United States District Court
Southern District of Texas
FILED

FEB 07 2017

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-17-0257-M

IAE  YOB: 1965
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 5, 2017** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alonso Trevino-Ovalle was encountered by Border Patrol Agents near Donna, Texas on February 5, 2017. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 5, 2017, near Donna, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 23, 2016, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 25, 2016, the defendant was convicted of 8 USC 1326 Illegal Re-entry and sentenced to sixteen (16) months confinement.

Continued on the attached sheet and made a part of this complaint:
OK to file. TH

☐ Yes  ☒ No

Signature of Complainant
Adrian Escalante    Senior Patrol Agent

Sworn to before me and subscribed in my presence,

February 7, 2017

Dorina Ramos , U.S. Magistrate Judge
Name and Title of Judicial Officer

Dorina Ramos
Signature of Judicial Officer